H. H. Knight, Appellant, v. John F. Williams, Appellee.

An Appeal from the Circuit Court for the County of Alachua.

Appeal dismissed on motion of counsel for appellee.

*Evans Haile* and *Thomas W. Fielding,* for Appellant;

*F. Y. Smith,* for Appellee.

---

The State of Florida, *ex rel.* The State Live Stock Sanitary Board of the State of Florida, Plaintiff in Error, v. W. E. Graddick, Defendant in Error.

A Writ of Error to the Circuit Court for Duval County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers H. Buford,* Attorney General, for Plaintiff in Error;

*Butler & Boyer,* for Defendant in Error.